# United States Court of Appeals for the Federal Circuit

January 27, 2005

<u>E  R  R  A  T  A</u>

Appeal No. 04-3254

<u>BRUNELL V USPS</u>

Decided:  December 10, 2004          Nonprecedential Opinion

Please make the following change:

<u>Page 3, line 9</u>, delete "253" and insert --153--.